**Ardell FIELDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56304.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 12, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 1990.

Application to Transfer Denied
March 13, 1990.

Ilene A. Goodman, St. Louis, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

---

## ORDER

**PER CURIAM.**

Movant, Ardell Fields, appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings of fact and conclusions of law of the motion court are not clearly erroneous. An extended opinion would be of no precedential value. Rule 84.16(b).